FILED
2016 OCT -5 PM 3:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| UNITED STATES OF AMERICA, | ED CR16-00110 |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| MILAN IRVIN, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about November 24, 2014, in Riverside County, within the Central District of California, defendant MILAN IRVIN ("IRVIN") knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography. The child pornography distributed by

1  defendant IRVIN included, but was not limited to, a video,
2  approximately one minute and six seconds in length, titled
3  "Cumshot_swallow 8y o.avi," depicting a prepubescent female child and
4  an adult male.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about February 25, 2015, in Riverside County, within the Central District of California, defendant MILAN IRVIN ("IRVIN") knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography. The child pornography distributed by defendant IRVIN included, but was not limited to, a video, approximately 8 minutes and 28 seconds in length, titled "(pthc) lobo .mpg," depicting a prepubescent female child and an adult male.

## COUNT THREE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about March 15, 2016, in Riverside County, within the Central District of California, defendant MILAN IRVIN ("IRVIN") knowingly received onto a Hewlett Packard Pavilion Slimline computer, bearing serial number CNH60213TY, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography. The child pornography received by defendant IRVIN included, but was not limited to, a video approximately eleven minutes in length, titled "___ARESTRA___[boy+man] man playing with 2 naked little boys in a train compartment.mpg," depicting an adult male and two prepubescent male children.

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about March 15, 2016, in Riverside County, within the Central District of California, defendant MILAN IRVIN knowingly possessed a Hewlett Packard laptop computer, bearing serial number CNF7083J6L, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/
_____
Foreperson

EILEEN M. DECKER
United States Attorney

[signature] DEPUTY CHIEF FOR

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

TERESA K.B. BEECHAM
Special Assistant U.S. Attorney
Riverside Branch Office

5