# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: EDCR16-110-JGB  
Date: April 3, 2017

Present: The Honorable Jesus G. Bernal, ☑ District Judge / ☐ Magistrate Judge

| Maynor Galvez | Adele C. Frazier | n/a | Teresa Beecham |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

**USA v. DEFENDANT(S) PRESENT**

MILAN IRVIN  
☐ Custody ☑ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Charles Michael Kish  
☐ Appointed ☑ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.  
☑ Defendant now enters a new and different plea of Guilty to Count(s) FOUR of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered  
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to JULY 10, 2017, AT 2:00 PM. for sentencing.  
☑ The Court vacates the court and/or jury trial date.  
☐ The pretrial conference set for _____ is off calendar as to defendant _____.  
☑ Court orders:  
Defendant to appear on July 10, 2017, at 2:00 p.m., for sentencing.

☐ Other:

00 : 25

Initials of Deputy Clerk  MG

cc:   Probation Office

CR-08 (09/09)                     CRIMINAL MINUTES - CHANGE OF PLEA