CHARLES M. KISH (Bar No. 189578)
(Email: chuckkish1@aol.com)
28581 Old Town Front Street
Temecula, CA 92590
Telephone: (951) 506-3333
Facsimile: (951) 639-0145

Attorney for Defendant
MILAN IRVIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MILAN IRVIN,<br><br>　　　　Defendant | Case No.: ED CR 16-110-JGB<br><br>**STIPULATION TO CONTINUE SENTENCING** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Special Assistant United States Attorney Teresa Beecham, and defendant Milan Irvin, by and through his attorney of record, Charles M. Kish, that the sentencing hearing presently set for **July 10, 2017, at 2:00 p.m. be continued to September 11, 2017 at 2:00 p.m.**, or a later date convenient with the Court, for the following reasons:

///

///

///

1

1. On April 3, 2017, Mr. Irvin pled guilty to Count Four of the Indictment filed in the above referenced case. Dkts. 1, 19 and 20. This Honorable Court set sentencing for July 10, 2017 at 2:00 p.m.

2. Three weeks ago Defendant was interviewed and assessed by psychologist Robert Suiter. I was informed on June 12, 2017, that Dr. Suiter's written report will not be available to defense counsel for approximately one more week, and possibly longer. A continuance of the sentencing date is requested to provide Dr. Suiter with sufficient time to complete his report in a timely fashion, and to give defense counsel adequate time to fully prepare for the sentencing hearing.

3. I telephoned SAUSA Teresa Beecham about the instant request and she indicated that the government does not object to a continuance of the sentencing date.

4. Based on the aforementioned information, the parties stipulate and move this Court for a continuance of the sentencing date to September 11, 2017, at 2:00 p.m., or a later date convenient with the Court.

Respectfully submitted,

DATED: June 13, 2017     By   /s/ Charles M. Kish           .
                              CHARLES M. KISH
                              Attorney for Defendant Milan Irvin


                              SANDRA BROWN
                              Acting United States Attorney


DATED: June 13, 2017     By /s/ Teresa Beecham * By Email Authorization
                              TERESA BEECHAM
                              Special Assistant United States Attorney
                              Attorney for the United States of America

2

## PROOF OF SERVICE

I, Charles M. Kish, declare that I am a resident or employed in Riverside County, California; that my business address is 28581 Old Town Front Street, Temecula, CA 92590, (951) 506-3333; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I served a copy of the attached **STIPULATION TO CONTINUE SENTENCING** on the following individual(s) by placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

Maytee Zendejas, USPO
21041 Burbank Blvd.
Suite 200
Woodland Hills, CA 91367-6606

This proof of service is executed at Temecula, California, on **June 13, 2017**.
I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Charles M. Kish           .
Charles M. Kish